EXHIBIT A



**United States of America**

**United States Patent and Trademark Office**

## SUMMER HOUSE SANTA MONICA

| | |
|---|---|
| **Reg. No. 4,586,071** | LETTUCE ENTERTAIN YOU ENTERPRISES, INC. (ILLINOIS CORPORATION) |
| **Registered Aug. 12, 2014** | 5419 NORTH SHERIDAN RD<br>CHICAGO, IL 60640 |
| **Int. Cl.: 43** | FOR: RESTAURANT AND BAR SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | FIRST USE 11-1-2013; IN COMMERCE 11-1-2013. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SANTA MONICA", APART FROM THE MARK AS SHOWN. |
| | SN 86-087,285, FILED 10-9-2013. |
| | DORITT L. CARROLL, EXAMINING ATTORNEY |



Deputy Director of the United States
Patent and Trademark Office