# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) Case No. 1:21-cv-198 <br> ) |
| v. | ) <br> ) |
| BUNKHOUSE GROUP LLC, | ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) |
| Defendant. | ) |

## PLAINTIFF'S DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Lettuce Entertain You Enterprises, Inc., submits its Rule 7.1 Disclosure Statement:

- Plaintiff, Lettuce Entertain You Enterprises, Inc. has no parent corporation. No publicly traded corporation owns 10% of more of Plaintiff's stock.

                                            Respectfully submitted,

Date: March 2, 2021

By: /s/ *Christopher M. Weimer*
Louis T. Pirkey
Texas Bar No. 16033000
Christopher M. Weimer
Texas Bar No. 24061894
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas  78702
(512) 322-5200
(512) 322-5201 (facsimile)
lpirkey@pirkeybarber.com
cweimer@pirkeybarber.com

Antony J. McShane (IL Bar 6190332) *pro hac vice to be filed*
Kara C. Smith (IL Bar 6327947) *pro hac vice to be filed*
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Chicago, Illinois 60602-3801
(312) 269-8000
(312) 269-1747 (fax)
amcshane@nge.com
ksmith@nge.com

*Attorneys for Plaintiff, Lettuce Entertain You Enterprises, Inc.*